IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| HAROLD WALKER and<br>JACQUELINE R. WALKER,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER, INC., ET AL.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **A07CA 426LY**<br><br>CIVIL ACTION NO. _____<br><br>JURY REQUESTED<br><br>*Pending Transfer to MDL-1699*<br>*(In re Bextra and Celebrex Marketing,*<br>*Sales Practices and Prods. Liab. Litig.)* |

### EXHIBITS TO DEFENDANT PFIZER INC.'S NOTICE OF REMOVAL

EXHIBIT 1  List of All Parties & Status of Case

EXHIBIT 2  Certified copy of state court docket sheet and copy of state court file

EXHIBIT 3  List of Attorneys

EXHIBIT 4  Record of Parties Requesting Trial by Jury

EXHIBIT 5  State Court Information

EXHIBIT 6  Declaration Evidence Cited in Notice of Removal

EXHIBIT 7  Unpublished District Court Orders Cited in Notice of Removal