CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (Austin)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00426-LY

**C 07 3898 CRB**

Walker et al v. Pfizer, Inc. et al
Assigned to: Honorable Lee Yeakel
Case in other court: 421st Judicial District Court; Caldwell County, 07-PI-168
Cause: 28:1332 Diversity-Product Liability

Date Filed: 06/01/2007
Date Terminated: 07/25/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Harold Walker**     represented by     **Aditi Anita Shahani**
Snapka, Turman & Waterhouse, LLP
P.O. Drawer 23017
606 N. Carancahua, Suite 1511
Corpus Christi, TX 78403
(361) 888-7676
Fax: (361) 884-8545
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David E. Brice**
Frank T. Ivy & Associates, PC
4601 Spicewood Springs Rd.
Bldg. 3, Suite 300
Austin, TX 78759
(512)450-0054
Fax: (512)346-8441
Email: brice@ftilaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory W. Turman**
Snapka Turman & Waterhouse, LLP
P.O. Drawer 23017
606 N. Carancahua, Suite 1511
Corpus Christi, TX 78403
(361) 888-7676
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Snapka**
Snapka, Turman & Waterhouse, LLP
P.O. Box 23017
606 N. Carancahua, Suite 1511
Corpus Christi, TX 78403

(361) 888-7676
Fax: 361/884-8545
Email: ksnapka@stwllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Waterhouse**
Snapka, Turman & Waterhouse, LLP
P.O. Box Drawer 23017
606 N. Carancahua, Suite 1511
Corpus Christi, TX 78403
(361) 888-7676
Fax: 361-884-8545
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacqueline R. Walker**   represented by   **Aditi Anita Shahani**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David E. Brice**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory W. Turman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn Snapka**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Waterhouse**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**   represented by   **John Andrew Hutton**
Clark, Thomas & Winters, P.C.
P.O. Box 1148
Austin, TX 78767
(512)472-8800

Fax: 512/474-1129
Email: ah1@ctw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly R. Kimbrough**
Clark Thomas & Winters
300 West 6th Street
15th Floor
Austin, TX 78701
(512) 472-8800
Fax: 512/474-1129
Email: krk@ctw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Ferguson**
Clark, Thomas, & Winters
P.O. Box 1148
Austin, TX 78767
(512) 472-8800
Fax: 512/474-1129
Email: jmh@ctw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie A. Benitez**
Clark, Thomas & Winters
P.O. Box 1148
Austin, TX 78767
(512) 472-8800
Fax: 512/474-1129
Email: lab@ctw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Jacqueline Guerrero**

**Defendant**
**Bob Davis**

**Defendant**
**Jeanne L. Jalufka**    represented by **John Andrew Hutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly R. Kimbrough**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Ferguson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie A. Benitez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kyle M. Nelson**

**Defendant**

**Jason D. Hahn**

**Defendant**

**Robert G. Vial**          represented by  **John Andrew Hutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly R. Kimbrough**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Ferguson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie A. Benitez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kathryn K. Truitt**

**Defendant**

**Kari A. McLuhan**

**Defendant**

**Reynaldo Riojas**

**Defendant**

**Francisco Meza**

**Defendant**

**Jack Barineau**

**Defendant**

**Erica Zeplin**          represented by   **John Andrew Hutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly R. Kimbrough**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Ferguson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie A. Benitez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deborah Quinones**

**Defendant**

**W. Lance Goodson**     represented by   **John Andrew Hutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly R. Kimbrough**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Ferguson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie A. Benitez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Keely Rodriguez**

**Defendant**
**Leah Silva**

**Defendant**
**Daniel Ponce**

**Defendant**
**Celeste Escobar**

**Defendant**
**Jill Guidry**

**Defendant**
**Daniel Townsend**

**Defendant**
**Lynsey Adame**      represented by **John Andrew Hutton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly R. Kimbrough**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth J. Ferguson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie A. Benitez**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/01/2007 | 1 | NOTICE OF REMOVAL (Filing fee $350 receipt number 406451), filed by Pfizer, Inc.. (Attachments: # 1 Index of Exhibits (exhibits not available electronically; # 2 JS-44; Suppliment to JS-44; and receipt) (tdk, ) (Entered: 06/06/2007) |
| 06/01/2007 | 2 | DEMAND for Trial by Jury by Pfizer, Inc.. (tdk, ) (Entered: 06/06/2007) |
| 06/01/2007 | 3 | RULE 7 DISCLOSURE STATEMENT filed by Pfizer, Inc.. (tdk, ) |

| | | |
|---|---|---|
| | | (Entered: 06/06/2007) |
| 06/06/2007 | 4 | Letter/Correspondence to counsel Aditi Anita Shahani regarding non-admission status. (tdk, ) (Entered: 06/06/2007) |
| 06/14/2007 | 5 | MOTION to Stay *Proceedings Pending Transfer to In Re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation, MDL-1699* by Pfizer, Inc.. (Attachments: # 1 Proposed Order # 2 Exhibit 1 through 10# 3 Exhibit 11 through 14)(Benitez, Leslie) (Entered: 06/14/2007) |
| 06/25/2007 | 6 | RESPONSE to Motion, filed by Harold Walker, Jacqueline R. Walker, re 5 MOTION to Stay *Proceedings Pending Transfer to In Re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation, MDL-1699* filed by Defendant Pfizer, Inc. (Attachments: # 1 Proposed Order)(Brice, David) (Entered: 06/25/2007) |
| 06/26/2007 | 7 | REPLY to Response to Motion, filed by Pfizer, Inc., re 5 MOTION to Stay *Proceedings Pending Transfer to In Re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation, MDL-1699* filed by Defendant Pfizer, Inc. (Attachments: # 1 Exhibit 1)(Benitez, Leslie) (Entered: 06/26/2007) |
| 07/02/2007 | 8 | Opposed MOTION to Remand to State Court by Harold Walker, Jacqueline R. Walker. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Proposed Order Granting Plaintiffs' Motion to Remand)(Snapka, Kathryn) (Entered: 07/02/2007) |
| 07/09/2007 | 9 | NOTICE of Filing Letter from Chairman of MDL regarding Opposition to the Panel's Conditional Transfer Order (dm, ) (Entered: 07/10/2007) |
| 07/10/2007 | 10 | ORDER granting 5 Motion to Stay. All proceedings STAYED until October 8, 2007. Signed by Judge Lee Yeakel. (dm, ) (Entered: 07/11/2007) |
| 07/10/2007 | | Set Deadlines: Status Report due by 10/8/2007. (dm, ) (Entered: 07/11/2007) |
| 07/24/2007 | 11 | ADVISORY TO THE COURT regarding Conditional Transfer Order. (dm, ) (Entered: 07/25/2007) |
| 07/25/2007 | 12 | ORDER Transferring Case to MDL, Northern District of California, San Francisco Division. Signed by Jeffrey Lithi, Clerk of the Panel. (dm, ) (Entered: 07/26/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/30/2007 10:53:23 | | | |
| PACER Login: | us4077 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:07-cv-00426-LY |

| Billable Pages: | 3 | Cost: | 0.24 |