| | |
|---|---|
| HAROLD LEE WALKER AND JACQUELINE R. WALKER<br><br>VS.<br><br>PFIZER, INC., JACQUELINE GUERRERO, BOB DAVIS, JEANNE L. JALUFKA, KYLE M. NELSON, JASON D. HAHN, ROBERT G. VIAL, KATHRYN K. TRUITT, KARI A. MCLUHAN, REYNALDO RIOJAS, FRANCISCO MEZA, JACK BARINEAU, ERICA ZEPLIN, DEBORAH QUINONES, W. LANCE GOODSON, KEELY RODRIGUEZ, LEAH SILVA, DANIEL PONCE, CELESTE ESCOBAR, JILL GUIDRY, DANIEL TOWNSEND AND LYNSEY ADAME | UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br><br>MDL DOCKET NO. 1699<br><br>CASE DOCKET NO. C07-3898CRB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Fed.R.Civ.P. 41, the undersigned counsel hereby stipulate that all claims of plaintiffs, Harold Lee Walker and Jacqueline R. Walker, against Defendant Pfizer, Inc., and all other named defendants, be dismissed in their entirety with prejudice, each party to bear its own costs.

_____
Kathryn Snapka
The Snapka Law Firm
606 N. Carancahua, Suite 1511 (78476)
P.O. Drawer 23017 (78403)
Corpus Christi, Texas
361-888-7676

_____
Attorney for Pfizer, Inc.

Dated: 5-6-09

Dated: May 26, 2009

Pursuant to the terms set forth in the parties' Stipulation, it is so ordered.

_____
The Honorable Charles R. Breyer
United States District Judge

Signed: May 29, 2009

IT IS SO ORDERED
Judge Charles R. Breyer